UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hiscox Insurance Company Inc., <br><br>                        Plaintiff, <br><br> -against- <br><br> Safe Rise LLC et al., <br><br>                        Defendants. | 25-CV-4492 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's **July 7, 2025** Order, Dkt. 22, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **September 3, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 10, 2025 at 5:00 PM**.

    SO ORDERED.

Dated: September 9, 2025
       New York, New York

                                                                               ARUN SUBRAMANIAN
                                                                             United States District Judge