UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hiscox Insurance Company Inc., <br><br>                  Plaintiff, <br><br> -against- <br><br> Safe Rise LLC, et al., <br><br>                  Defendants. | 25-CV-4492 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      As discussed at today's hearing, another default judgment hearing is scheduled for **December 3, 2025** at **2:30 PM**. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 281 656 169, followed by the pound (#) key. Plaintiff should file an affidavit on the docket by **November 17, 2025** attesting to proper service of this order, the pleadings in support of the motion for default judgment, as well as the original order scheduling a default judgment hearing on all defendants.

      Plaintiff should also contact defendant Safe Rise by all means available, including by calling known counsel in related litigation, and conveying to that counsel and to Safe Rise by email this order, and specifically stating **that a motion for default judgment has been filed against Safe Rise, that there will be default judgment hearing on December 3, 2025. Safe Rise should be on notice that, unless they make an appearance through counsel to contest the default judgment motion, the Court is inclined to grant it.**

      SO ORDERED.

Dated: November 13, 2025
       New York, New York

                                                          ARUN SUBRAMANIAN
                                                     United States District Judge