UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hiscox Insurance Company Inc.,

                              Plaintiff,

        -against-

Safe Rise LLC, et al,

                              Defendants.

25-CV-4492 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed in today's hearing, the Court issues the following orders:

1. The motion for default judgment, Dkts. 67, 80, is denied as against defendants Safe Rise LLC and Enrique Catalan Aguilar.

2. Defendants Safe Rise LLC and Enrique Catalan Aguilar are ordered to file a response to the complaint on or before **December 17, 2025.**

3. Hiscox is ordered to file a letter on the docket by **December 17, 2025** further explaining the exact type of relief that it seeks against Stroh Engineering.

4. The parties should meet and confer and submit a proposed case management plan (available on the Court's webpage) that **provides for the close of discovery within six months, and the full briefing of any motion for summary judgment within eight months**. The proposed case management plan should be submitted on or before **December 23, 2025**. Any disputes should be reflected in a single joint-letter submitted by that same date.

The Clerk of Court is respectfully directed to terminate the motion at Dkt 80.

    SO ORDERED.

Dated: December 4, 2025
        New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge